IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-350-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD VERNARD GREENE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce sentence [D.E. 33]. The response is due not later than August 28, 2020.

SO ORDERED. This 4 day of August 2020.

JAMES C. DEVER III
United States District Judge