UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:17-CR-350-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| HAROLD VERNARD GREENE, JR. | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 43 be sealed until further notice by this Court.

This __22__ day of __April__, 2021.

_____
JAMES C. DEVER III
United States District Judge